IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARIANN LAVON KING | § | |
| v. | § | CIVIL ACTION NO. 9:11CV153 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On July 18, 2012, Plaintiff filed a Motion for a Jury Trial and a Federal Judge (docket entry #27), seeking resolution of her Social Security case by a trial by "jury of 12 members of citizens residing in the jurisdiction of my domi[ci]le." Motion at 1. The assigned Magistrate Judge has reviewed the motion and issued a Report and Recommendation, which contains her findings, conclusions, and recommendation for the disposition of the motion. The Report and Recommendation recommends that the motion be granted in part, in that Plaintiff's case will be reviewed by the undersigned District Judge in addition to the Magistrate Judge, and denied in part, in that there is no requirement for, and no provision for, a jury trial in this type of action. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Plaintiff's Motion for a Jury Trial and a Federal Judge (docket entry #27) is hereby **GRANTED IN PART** and **DENIED IN PART** consistent with the Report and Recommendation and the findings herein.

So **ORDERED** and **SIGNED** this **17** day of **August, 2012.**

_____
Ron Clark, United States District Judge